UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATALIE GORDON, Derivatively On Behalf of Nominal Defendant Netflix, Inc.,<br><br>      Plaintiff,<br> v.<br><br>REED HASTINGS, LESLIE KILGORE, DAVID WELLS, RICHARD BARTON, A. GEORGE BATTLE, CHARLES GIANCARLO, TIMOTHY HALEY, JAY HOAG, NEIL HUNT, PATTY MCCORD, DAVID HYMAN, TED SARANDOS and ANN MATHER,<br><br>      Defendants,<br> And<br>NETFLIX, Inc.,<br><br>      Nominal Defendant. | Case No.: 12-CV-00707-LHK<br><br>ORDER REFERRING MATTER FOR RELATED CASE DETERMINATION |

Pursuant to Civil Local Rule 3-12(c), the above captioned matter is hereby referred to the Honorable Samuel Conti for a determination as to whether it is related to: *City of Royal Oak Retirement System v. Netflix Inc. et al*, 12-CV-00225-SC. Both the above captioned matter, and the case pending before Judge Conti involve overlapping defendants. The case pending before Judge Conti is a securities class action, while the case pending before this Court is a shareholder derivative action. Accordingly, the Court refers this case to Judge Conti for related case determination.

**IT IS SO ORDERED.**

March 14, 2012

_____
LUCY H. KOH
United States District Judge

1

Case Nos.: 12-CV-00707-LHK
ORDER REFERRING MATTER FOR RELATED CASE DETERMINATION