1  KEITH E. EGGLETON, State Bar No. 159842
   Email: keggleton@wsgr.com
2  BORIS FELDMAN, State Bar No. 128838
   Email: boris.feldman@wsgr.com
3  RODNEY G. STRICKLAND, State Bar No. 161934
   Email: rstrickland@wsgr.com
4  LUKE A. LISS, State Bar No. 247520
   Email: lliss@wsgr.com
5  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
6  650 Page Mill Road
   Palo Alto, CA 94304-1050
7  Telephone: (650) 493-9300
   Facsimile:  (650) 565-5100
8
   Attorneys for Defendants
9  Netflix, Inc., Reed Hastings, David B. Wells,
   Theodore A. Sarandos, Leslie J. Kilgore and
10 Neil D. Hunt

11                    UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13                      SAN FRANCISCO DIVISION

| 14 | CITY OF ROYAL OAK RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | Case No.: 3:12-cv-00225-SC |
|----|----|----|----|
| 15 | | ) ) | **STIPULATION AND ~~[PROPOSED]~~ CONSOLIDATION ORDER** |
| 16 | Plaintiff, | ) ) | |
| 17 | v. | ) ) | |
| 18 | NETFLIX, INC., REED HASTINGS, DAVID B. WELLS, THEODORE A. SARANDOS, LESLIE J. KILGORE and NEIL D. HUNT, | ) ) ) | |
| 19 | | ) ) | |
| 20 | Defendants. | ) ) | |
| 21 | | ) | |
| 22 | **This stipulation also relates to:** | ) ) | Case No.: 5:12-cv-00439-LHK |
| 23 | DAVIN POKOIK, Individually and On Behalf of All Others Similarly Situated, | ) ) ) | |
| 24 | Plaintiff, | ) ) | |
| 25 | v. | ) ) | |
| 26 | NETFLIX, INC., REED HASTINGS, DAVID B. WELLS, THEODORE A. SARANDOS, LESLIE J. KILGORE and NEIL D. HUNT, | ) ) ) | |
| 27 | | ) ) | |
| 28 | Defendants. | ) | |

STIPULATION AND ~~[PROPOSED]~~
CONSOLIDATION ORDER
CASE NOS.: 3:12-cv-00225-SC
AND 5:12-cv-00439-LHK

1       Pursuant to Civil Local Rule 23-1(b), and Manual for Complex Litigation, Fourth

2   §§ 11.12, 11.21 and 31 (2004), the parties stipulate, and the Court hereby orders, as follows:

3   CONSOLIDATION OF RELATED CASES

4       1.    The following are related cases within the meaning of Civil Local Rule 3-12:

5

6   | Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *City of Royal Oak Ret. Sys. v. Netflix et al.* | Case No. 3:12-cv-00225-SC | January 13, 2012 |
| *Pokoik v. Netflix, Inc., et al.* | Case No. 5:12-cv-00439-LHK | January 27, 2012 |

10       2.    Pursuant to Federal Rule of Civil Procedure 42(a), these cases are hereby

11   consolidated into Civil Action No. 3:12-cv-00225-SC for pretrial proceedings before this Court.

12   The consolidated action shall be captioned: *"In re Netflix, Inc., Securities Litigation."*

13       3.    All related actions that are subsequently filed in, or transferred to, this District

14   shall be consolidated into this action for pretrial purposes. This Order shall apply to every such

15   related action, absent order of the Court. A party that objects to such consolidation, or to any

16   other provision of this Order, must file an application for relief from this Order within thirty (30)

17   days after the date on which a copy of the order is mailed to the party's counsel.

18       4.    This Order is entered without prejudice to the rights of any party to apply for

19   severance of any claim or action, for good cause shown.

20   MASTER DOCKET AND CAPTION

21       5.    The docket in Civil Action No. 3:12-cv-00225-SC shall constitute the Master

22   Docket for this action.

23       6.    Every pleading filed in the consolidated action shall bear the following caption:

24

25

26

27

28   STIPULATION AND [PROPOSED]
CONSOLIDATION ORDER
CASE NOS.: 3:12-cv-00225-SC
AND 5:12-cv-00439-LHK

-2-

1                 UNITED STATES DISTRICT COURT

2              NORTHERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| In re NETFLIX, INC., SECURITIES LITIGATION | ) ) ) ) | Case No. 3:12-cv-00225-SC |
| This Document Relates To: | ) ) ) | CONSOLIDATED CLASS ACTION |
| ALL ACTIONS. | ) ) | |

9     7.     The file in Civil Action No. 3:12-cv-00225-SC shall constitute a Master File for

10 every action in the consolidated action. When the document being filed pertains to all actions,

11 the phrase "All Actions" shall appear immediately after the phrase "This Documents Relates

12 To:". When a pleading applies only to some, not all, of the actions, the document shall list,

13 immediately after the phrase "This Documents Relates To:", the docket number for each

14 individual action to which the document applies, along with the last name of the first-listed

15 plaintiff in said action (*e.g.*, "No. 3:12-cv-00225-SC (*City of Royal Oak Retirement System*)").

16     8.     The parties shall file a Notice of Related Cases pursuant to Civil Local Rule 3-12

17 whenever a case that should be consolidated into this action is filed in, or transferred to, this

18 District. If the Court determines that the case is related, the clerk shall:

19            (a)     place a copy of this Order in the separate file for such action;

20            (b)     serve on plaintiff's counsel in the new case a copy of this Order;

21            (c)     direct that this Order be served upon defendants in the new case; and

22            (d)     make the appropriate entry in the Master Docket.

23                  LEAD PLAINTIFF'S COUNSEL

24     9.     After the Court has designated a Lead Plaintiff, pursuant to 15 U.S.C. § 78u-

25 4(a)(3)(B), the Lead Plaintiff shall designate a law firm or firms to serve as Lead Plaintiff's

26 Counsel, pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v). Lead Plaintiff's Counsel shall have

27 authority to speak for, and enter into agreements on behalf of, plaintiffs in all matters regarding

1    pretrial procedures, discovery, and settlement negotiations. Lead Plaintiff's Counsel shall

2    manage the prosecution of this litigation to avoid duplicative or unproductive activities. Lead

3    Plaintiff's Counsel shall be responsible for coordination of all activities and appearances on

4    behalf of plaintiffs and for dissemination of notices and orders. Lead Plaintiff's Counsel shall be

5    responsible for communications with the Court. Lead Plaintiff's Counsel shall maintain a master

6    service list of all parties and counsel.

7         10.    Defendants' counsel may rely upon agreements made with Lead Plaintiff's

8    Counsel. Such agreements shall be binding on all plaintiffs.

9                                    PLEADINGS AND MOTIONS

10        11.    Defendants are not required to respond to the complaint in any action

11   consolidated into this action, other than a consolidated amended complaint or a complaint

12   designated as the operative complaint.

13        12.    Lead Plaintiff shall file a consolidated complaint within sixty (60) days after entry

14   of the Court's order appointing a Lead Plaintiff and designating Lead Counsel, unless otherwise

15   agreed upon by the parties. The consolidated complaint shall be the operative complaint and

16   shall supersede all complaints filed in any of the actions consolidated herein.

17        13.    Defendants shall respond to the consolidated complaint within sixty (60) days

18   after service, unless otherwise agreed upon by the parties. If defendants file any motions

19   directed at the consolidated complaint, any opposition shall be filed within sixty (60) days after

20   the filing of such motion(s) and any reply shall be filed within thirty (30) days after the filing of

21   the opposition, unless otherwise agreed upon by the parties.

22                                      CASE MANAGMENT

23        14.    In view of defendants' statement of intention to move to dismiss this action and in

24   light of the mandatory discovery stay imposed by the PSLRA, the deadlines established in the

25   January 13, 2012 Order Setting Initial Case Management Conference and ADR Deadlines are

26   withdrawn and the initial Case Management Conference is cancelled.

27

28   STIPULATION AND [PROPOSED]                    -4-
     CONSOLIDATION ORDER
     CASE NOS.: 3:12-cv-00225-SC
     AND 5:12-cv-00439-LHK

| | |
|---|---|
| 1 | Dated: February 21, 2012 |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |

Dated: February 21, 2012

Respectfully submitted,
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100


By: /s/ Luke A. Liss
    Luke A. Liss
    lliss@wsgr.com

Attorneys for Defendants Netflix, Inc., Reed Hastings, David B. Wells, Theodore A. Sarandos, Leslie J. Kilgore and Neil D. Hunt

Dated: February 21, 2012

By: /s/ Shawn A. Williams
    Shawn A. Williams
    shawnw@rgrdlaw.com

ROBBINS GELLER RUDMAN & DOWD LLP
SHAWN A. WILLIAMS
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: (415) 288-4545
Facsimile: (415) 288-4534

ROBBINS GELLER RUDMAN & DOWD LLP
DARREN J. ROBBINS
DAVID C. WALTON
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: (619) 231-1058
Facsimile: (619) 231-7423

VANOVERBEKE MICHAUD & TIMMONY, P.C.
MICHAEL J. VANOVERBEKE
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI 48201
Telephone: (313) 578-1200
Facsimile: (313) 578-1201

Attorneys for Plaintiff City of Royal Oak Retirement System

*I, Luke A. Liss, am the ECF user whose ID and password are being used to file this Stipulation and Proposed Order. In compliance with General Order 45, X.B., I hereby attest that Shawn A. Williams has concurred in this filing.*

STIPULATION AND [PROPOSED]
CONSOLIDATION ORDER
CASE NOS.: 3:12-cv-00225-SC
AND 5:12-cv-00439-LHK

-5-

1  Dated: February 21, 2012                 By:   /s/ Lionel Z. Glancy
                                                   Lionel Z. Glancy
2                                                  info@glancylaw.com

3                                            GLANCY BINKOW & GOLDBERG LLP
                                             LIONEL Z. GLANCY
4                                            MICHAEL GOLDBERG
                                             1925 Century Park East, Suite 2100
5                                            Los Angeles, CA 90067
                                             Telephone: (310) 201-9150
6                                            Facsimile: (310) 201-9160

7                                            POMERANTZ HAUDEK GROSSMAN & GROSS
                                             LLP
8                                            MARC I. GROSS
                                             JEREMY A. LIEBERMAN
9                                            100 Park Avenue, 26th Floor
                                             New York, New York 10017
10                                           Telephone: (212) 661-1100
                                             Facsimile: (212) 661-8665
11
                                             POMERANTZ HAUDEK GROSSMAN & GROSS
12                                           LLP
                                             PATRICK V. DAHLSTROM
13                                           10 South LaSalle Street, Suite 3505
                                             Chicago, IL 60603
14                                           Telephone: (312) 377-1181
                                             Facsimile: (312) 377-1184
15
16                                           Attorneys for Plaintiff Davin Pokoik

17  *I, Luke A. Liss, am the ECF user whose ID and password are being used to file this
    Stipulation and Proposed Order.  In compliance with General Order 45, X.B., I hereby
18  attest that Lionel Z. Glancy has concurred in this filing.*

19

20  THE FOREGOING STIPULATION
    IS APPROVED AND IS SO ORDERED.
21

22
                    March 13, 2012
23  DATED: _____          _____
24                                           Honorable Samuel Conti
                                             United States District Judge
25

26

27

28
    STIPULATION AND [PROPOSED]                       -6-
    CONSOLIDATION ORDER
    CASE NOS.: 3:12-cv-00225-SC
    AND 5:12-cv-00439-LHK