1  **FARUQI & FARUQI, LLP**
   VAHN ALEXANDER (167373)
2  CHRISTOPHER B. HAYES (277000)
   10866 Wilshire Boulevard, Suite 1470
3  Los Angeles, California 90024
   Telephone: (424) 256-2884
4  Facsimile: (424) 256-2885
   Email: valexander@faruqilaw.com
5         chayes@faruqilaw.com
6
7  *Attorneys for Plaintiff*

8
                   UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11 | IN RE: NETFLIX, INC., SECURITIES LITIGATION | Case No.: CV-12-0225 SC |
12 | | (Related Case No.: CV-12-0707 SC) |
13 | This Notice Relates To: | **PLAINTIFF NATALIE GORDON'S NOTICE OF VOLUNTARY DISMISSAL OF VERFIED SHAREHOLDER DERIVATIVE COMPLAINT WITHOUT PREJUDICE** |
14 | NATALIE GORDON, Derivatively, on Behalf of Nominal Defendant Netflix, Inc., | |
15 | | |
16 | Plaintiff, | |
17 | v. | |
18 | | Judge: Honorable Samuel Conti |
19 | REED HASTINGS, LESLIE KILGORE, DAVID WELLS, RICHARD BARTON, A. GEORGE BATTLE, CHARLES GIANCARLO, TIMOTHY HALEY, JAY HOAG, NEIL HUNT, PATTY MCCORD, DAVID HYMAN, TED SARANDOS, and ANN MATHER, | Ctrm: 1-17th Floor |
20 | | Date Action Filed: February 13, 2012 |
21 | | |
22 | | |
23 | Defendants, | |
24 | -and- | |
25 | NETFLIX, INC., | |
26 | Nominal Defendant. | |
27
28

Pursuant to Rule 41(a)(1)(A)(i) of the *Federal Rules of Civil Procedure*, defendants having not answered the Complaint or filed a motion for summary judgment, plaintiff Natalie Gordon ("Plaintiff") hereby gives notice of voluntary dismissal of her verified shareholder derivative claims in the related case *Gordon v. Hastings, et al.*, Case No. CV-12-0707, without prejudice, subject to Rule 23.1(c) of the *Federal Rules of Civil Procedure* ("Rule 23.1(c)"). Plaintiff further submits that no notice to shareholders is required under Rule 23.1(c) because neither Plaintiff nor Plaintiff's counsel has received or will receive any compensation for this dismissal, and shareholder derivative actions are pending in the Superior Court of California, County of Santa Clara, alleging identical or substantially similar claims on behalf of Netflix, Inc. as Plaintiff alleges in this action.

Dated: May 7, 2012             **FARUQI & FARUQI, LLP**

By:   */s/Vahn Alexander*
         VAHN ALEXANDER (167373)

CHRISTOPHER B. HAYES (277000)
10866 Wilshire Boulevard, Suite 1470
Los Angeles, California 90024
Telephone: (424) 256-2884
Facsimile: (424) 256-2885
Email: valexander@faruqilaw.com
            chayes@faruqilaw.com

-and-

MICHAEL J. HYNES
SANDRA G. SMITH
101 Greenwood Avenue, Suite 600
Jenkintown, Pennsylvania 19046
Telephone:  (215) 277-5770
Facsimile: (215) 277-5771
Email:  mhynes@faruqilaw.com
            ssmith@faruqilaw.com

-and-

BETH A. KELLER
NICHOLAS W. MOYNE
369 Lexington Avenue, 10th Floor
New York, New York 10017
Telephone: (212) 983-9330
Facsimile: (212) 983-9331
Email: bkeller@faruqilaw.com
nmoyne@faruqilaw.com

*Attorneys for Plaintiff Natalie Gordon*

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document *via* the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

*/s/Vahn Alexander*
Vahn Alexander

**Mailing Information for a Case 3:12-cv-00225-SC**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Aelish Marie Baig**
  AelishB@rgrdlaw.com,khuang@rgrdlaw.com

- **Stephen R. Basser**
  sbasser@barrack.com,lnapoleon@barrack.com,cfessia@barrack.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Keith E. Eggleton**
  keggleton@wsgr.com

- **Frank J. Fish**
  jpikler@schubertlawfirm.com

- **Lionel Z. Glancy**
  info@glancylaw.com,lboyarsky@glancylaw.com,lglancy@glancylaw.com

- **Michael M. Goldberg**
  mmgoldberg@glancylaw.com

- **Robert I. Harwood**
  rharwood@hfesq.com

- **Jiangxiao Athena Hou**
  ahou@zelle.com,rnewman@zelle.com

- **Matthew M. Houston**
  mhouston@hfesq.com

- **Willem F. Jonckheer**
  wjonckheer@schubertlawfirm.com,jdang@schubertlawfirm.com

- **Kimberly Kalmanson**
  kkalmanson@labaton.com,electroniccasefiling@labaton.com

- **Christopher J. Keller**
  ckeller@labaton.com,ejo@labaton.com

- **Mark P. Kindall**
  firm@izardnobel.com,mkindall@izardnobel.com

- **Mark I. Labaton**
  mlabaton@motleyrice.com,kmontenegro@motleyrice.com

- **Luke Anthony Liss**
  lliss@wsgr.com

- **Jeffrey M. Norton**
  jnorton@nfllp.com

- **Brian O. O'Mara**
  bo'mara@csgrr.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Vincent Ian Parrett**
  vparrett@motleyrice.com,MRECF@motleyrice.com

- **Jason A. Pikler**
  jpikler@schubertlawfirm.com

- **Jonathan M. Plasse**
  jplasse@labaton.com,electroniccasefiling@labaton.com

- **Rosemary M. Rivas**
  rrivas@finkelsteinthompson.com,bassad@finkelsteinthompson.com,tgottschlich@zlk.com,nporritt@zlk.com,mpunzalan@finkelsteinthompson.c

- **Darren Jay Robbins**
  e_file_sd@rgrdlaw.com

- **Robert C. Schubert**
  rschubert@schubertlawfirm.com

- **Michael Walter Stocker**
  mstocker@labaton.com,ElectronicCaseFiling@labaton.com

- **Rodney Grant Strickland , Jr**
  rstrickland@wsgr.com

- **David Conrad Walton**
  davew@rgrdlaw.com

- **Samuel M. Ward**
  sward@barrack.com,lxlamb@barrack.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,khuang@rgrdlaw.com,e_file_sd@rgrdlaw.com,tcraig@rgrdlaw.com,e_file_sf@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Boris              Feldman
Wilson Sonsini Goodrich & Rosati
A   Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
```